LEANDER J. DE BEKKER, Respondent, v. FREDERICK A. STOKES COMPANY and Another, Appellants.—Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MAY M. GUGEL and Another, Respondents, v. EVERETT S. HISCOX and Another, Appellants, Impleaded with Another.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of ADDISON S. SANFORN for a Modification of Order of Disbarment.— Report of referee confirmed, and petitioner's motion for modification of the order of disbarment denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of CHARLES S. WITWER for Admission to the Bar.—Application granted. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

GUY ASHLEY, Respondent, v. MILTON SCHNAIER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

GEORGIE E. DE MOTT, as Executrix, etc., Respondent, v. LAURA E. WHITMAN, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

INTERBOROUGH RAPID TRANSIT COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

SADIE E. KERN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Reargument ordered, and case set down for Tuesday, April 3, 1917. Present — Jenks, P. J., Mills, Rich and Putnam, JJ.

ELLEN C. OSBORN, Respondent, v. HOWARD J. M. CARDEZA and Others, Appellants. (Appeal No. 1.) — The Court of Appeals modified the judgment " so as to leave the judgment of the Special Term undisturbed as to costs incurred up to and including the rendition of the interlocutory judgment." (*Osborn* v. *Cardeza*, 216 N. Y. 682.) The extra allowance was subsequently granted by the final judgment; it was no part of the costs incurred up to and including the rendition of the interlocutory judgment, and it follows that the order of the Special Term must be reversed. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.